UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

       v.            :        3:10 CR 234 (JCH)

WILLIAM TRUDEAU           :

<u>RULING ON MOTION FOR RECONSIDERATION [DOC. #61]</u>

Defendant has asked the Court to reconsider its Ruling, dated August 11, 2011, revoking the defendant's bond and detaining him pending trial. Familiarity with the prior ruling and the proceedings leading up to it is presumed.

Under Section 3148 of Title 18, a judicial officer

"shall enter an order of revocation and detention if, after a hearing, the judicial officer —
(1) finds that there is –
    (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or
    (B) clear and convincing evidence that the person has violated any other condition of release; and
(2) finds that ----
    (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
    (B) the person is unlikely to abide by any condition or combination of conditions of release. "

For the reasons stated in the Ruling dated August 11, 2011, the Court has found clear and convincing evidence that Mr. Trudeau violated conditions of his release, and that he is unlikely to abide by any conditions or combination of conditions the Court would set. It was unnecessary, therefore, for the Court to determine whether Mr. Trudeau's "financial misconduct", as his counsel described it, rose to the level of criminal activity, or for the Court to find him to be a risk of flight.

In light of those findings, the detention of Mr. Trudeau pending his trial was statutorily mandated. After reconsideration, the Court adheres to the prior order revoking defendant's bond and detaining him pending trial.

Entered at Bridgeport this 8th day of February 2012.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE